## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                  No. 2:24-cv-186-DPM

ST. FRANCIS COUNTY COMMUNITY
DEVELOPMENT CORPORATION d/b/a
St. Francis Assisted Living Community;
THE ARKANSAS DEVELOPMENT FINANCE
AUTHORITY; and THE ARKANSAS
DEPARTMENT OF FINANCE AND
ADMINISTRATION                                               DEFENDANTS

### ORDER

The United States's unopposed motion for summary judgment, *Doc. 36*, is granted.  The Court will enter the parties' proposed Consent Judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2026