**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                              **Case No. 2:24-cv-00186-DPM**

**ST. FRANCIS COUNTY COMMUNITY
DEVELOPMENT CORPORATION d/b/a
ST. FRANCIS ASSISTED LIVING COMMUNITY;
THE ARKANSAS DEVELOPMENT FINANCE AUTHORITY; and
THE ARKANSAS DEPARTMENT OF
FINANCE AND ADMINISTRATION**                                   **DEFENDANTS**

## CONSENT JUDGMENT

Plaintiff United States of America, acting by and through Rural Development, an agency within the U.S. Department of Agriculture (*hereinafter* "USA"), and the Defendants stipulate and consent to judgment as herein provided.

1.     The Court has jurisdiction over the parties and over the property that is the subject of this cause of action.

2.     Plaintiff USA holds a first lien mortgage on the St. Francis County, Arkansas, real property owned by Defendant St. Francis County Community Development Corporation (*hereinafter* "St. Francis CDC") described in paragraph 3 below. Plaintiff USA also holds a first lien security interest in all of the personal property of St. Francis CDC located in the building on the subject real property, such as, but not limited to, kitchen appliances, microwave ovens, refrigerators, and office furniture. USA's liens secure payment of a promissory note of St. Francis CDC in the original amount of $3,700,000.00. St. Francis CDC has defaulted in the payments and other obligations required by its note and mortgage held by USA.

3. The indebtedness due and owing from St. Francis CDC to USA is secured by a mortgage on the following described real property in St. Francis County, Arkansas, together with all buildings, structures, improvements, and fixtures thereon:

TRACT NO. 1:

A parcel of property located in the Southwest Quarter (SW¼) of Section Fifteen (15), Township Five (5) North, Range Three (3) East, St. Francis County, Arkansas, and being more particularly described as follows: Commencing at the Northeast corner of said SW¼; thence N87°53′23″W 510 feet along the North line thereof to a point, said point being the Northeast corner of property recorded in Deed Book 612 at page 478 of the records of St. Francis County, Arkansas; thence S0°02′19″W 49.5 feet along the East line thereof to a point on the South line of property recorded in Deed Book 55 at page 631; thence N87°53′23″W 175.2 feet along said South line of said property to a point on the West line of said property recorded in Deed Book 612 at page 478 and the point of beginning; thence from the point of beginning S0°02′19″W 491.75 feet along said West line to a point; thence West 269.5 feet along a line parallel to Holiday Drive to a point; thence N0°02′19″E 549.2 feet to a point on the North line of said SW¼; thence S87°53′23″E 31.2 feet along said North line to a point, said point being the Northwest corner of property recorded in Deed Book 55 at page 631; thence S0°02′19″W 49.5 feet along the West line thereof to the Southwest corner thereof; thence S87°53′23″E 238.8 feet along said South line to the point of beginning, containing a total of 3.1 acres, more or less.

TRACT NO. 2:

A parcel of property located in the Southwest Quarter (SW¼) of Section Fifteen (15), Township Five (5) North, Range Three (3) East, St. Francis County, Arkansas, and being more particularly described as follows: Commencing at the Northeast corner of said SW¼; thence N87°53′23″W

2

510 feet along the North line thereof to the Northeast corner of property as recorded in Deed Book 612 at page 478 of the records of St. Francis County, Arkansas; thence S0°02′19″W 49.5 feet along the East line thereof to a point on the South line of property recorded in Deed Book 55 at page 631 and the point of beginning, said point also being the Northwest corner of property recorded in Deed Book 686 at page 527; thence from the point of beginning, continue S0°02′19″W 486.45 feet along the East line of property recorded in Deed Book 612 at page 478 and West line of property recorded in Deed Book 686 at page 527 to a point; thence West 175.2 feet along a line parallel to the North right of way line of Holiday Drive to a point on the West line of said property in Deed Book 612 at page 478; thence N0°02′19″E 491.75 feet along said West line to a point on the South line of said property in Deed Book 55 at page 631; thence S87°53′23″E 175.2 feet along said South line to the point of beginning, containing a total of 2.0 acres, more or less.

80 FOOT WIDE INGRESS/EGRESS EASEMENT:

An 80 foot wide Ingress-Egress Easement located in the Southwest Quarter (SW¼) of Section Fifteen (15), Township Five (5) North, Range Three (3) East, St. Francis County, Arkansas, the centerline of which is more particularly described as follows: Commencing at the Northeast corner of said SW¼; thence N87°53′23″W 510.0 feet along the North line thereof to the Northeast corner of property recorded in Deed Book 612 at page 478 of the records of St. Francis County, Arkansas; thence S0°02′19″W 535.95 feet along the East line of said property and West line of property recorded in Deed Book 686 at page 527 to a point; thence West 40.0 feet along a line parallel to the North right of way line of Holiday Drive to the point of beginning of said centerline; thence from the point of beginning S0°02′19″W 580.0 feet along a line 40 feet West of and parallel to the East line of said property in Deed Book 612 at page 478 to a point on the North right of way line of Holiday Drive and end of said easement.

TRACT NO. 3:

A 20 foot wide utility easement located in the Northeast Quarter (NE¼) of the Southwest Quarter (SW¼) Section 15, Township 5 North, Range 3 East, St. Francis County, Arkansas, the centerline of which is more particularly described as follows: Commencing at the Northeast corner of said SW¼; thence N88°09'21"W – Measured (N87°53'23"W – Recorded) 510.0 feet along the North line of said SW¼ to the Northeast corner of property recorded in Deed Book 55 at page 631 of the records of St. Francis County, Arkansas; thence S0°02'19"W 45.5 feet along the East line of said property in Deed Book 55 at page 631 to the Southeast corner thereof, said point also being the Northeast corner of property recorded in Deed Book 768 at page 416; thence continue S0°02'19"W 486.45 feet along the East line of said property in Deed Book 768 at page 416 to the Southeast corner thereof; thence S89°52'40"W 80.0 feet along the South line of said property in Deed Book 768 at page 416 to a point; thence S0°02'19"W 10.0 feet to the point of beginning of said easement; thence from the point of beginning, S89°52'40"W 375.1 feet to a point; thence N0°02'19"W 160.0 feet along a line parallel to the West line of property recorded in Deed Book 768 at page 412 and end of said easement.

4.      Plaintiff's mortgage is hereby foreclosed. Plaintiff USA is hereby granted judgment in rem against the above-described real and personal property of St. Francis CDC in the total amount of $3,906,373.06 as of April 1, 2026, plus interest accruing thereafter at the rate of $341.18 per day, and any additional advances by USA for maintenance and protection of the property.

5.      If the judgment herein awarded to USA is not paid in full within 10 days of entry of this Judgment, the above-described real property shall be sold at public sale on the terms set forth herein. USA is authorized to enforce its first lien security interest in the personal property of

4

St. Francis CDC by public sale of the personal property together with the above-described real property.

6.      Pursuant to 28 U.S.C. § 2001 and § 2004, if the judgment herein awarded to USA is not fully paid within 10 days of entry of this judgment, the U.S. Marshal, Eastern District of Arkansas, is authorized and directed to sell the above-described real and personal property at public auction to the highest bidder for cashier's or certified check, or on a credit of 30 days, at the front door of the St. Francis County Courthouse, Forrest City, Arkansas. The date and time of the sale shall be fixed by the Marshal. The sale may be postponed and rescheduled without further orders of the Court.

7.      If purchased on credit, payment of the purchase price shall be secured by one of the following methods, at the purchaser's option: furnish a corporate security bond, furnish a letter of credit from a financial institution or post a 10% down payment by cashier's or certified check. The corporate security bond or letter of credit shall be in the amount of the purchase price, plus interest at the rate of 10% per annum from date of sale and shall be subject to the approval of the U.S. Marshal. The 10% down payment shall be forfeited to the Plaintiff USA in the event of failure to pay for the property within 30 days, in which event the Marshal shall resell the property. If the purchaser pays a down payment, the purchaser shall pay interest on the balance of the purchase price at the rate of 10% per annum from date of sale. A lien against the property shall be retained to further secure payment of the purchase price. The property shall be sold subject to any unpaid property taxes.

8.      If the Plaintiff USA is the purchaser for a sum equal to or less than the amount of the judgment debt owed to USA as of the date of sale, USA may credit its bid against the judgment debt, and such credit shall be an extinguishment of the judgment to the extent of the credit. The

Marshal shall give notice of the sale as required by 28 U.S.C. § 2002 and shall report the result of the sale to the Court.

9.      Defendant Arkansas Development Finance Authority (*hereinafter* "ADFA") holds a second mortgage and a third mortgage on the subject real property, each of which was filed in the records of the St. Francis County Circuit Clerk & Recorder on March 31, 2011, after USA's mortgage was filed of record. ADFA's mortgages secure an indebtedness owing under ADFA's HOME loan documents in the amount of $1,778,273.09 and ALIF loan documents in the amount of $162,500.00 as of June 29, 2026, with interest on its HOME Note accruing thereafter at the daily rate of $44.1030. ADFA is entitled to and is hereby awarded judgment against Defendant St. Francis CDC in the total amount of $1,940,773.09 as of June 29, 2026. This judgment shall not affect the restrictive covenants referenced in paragraph 12 below.

10.     Defendant Arkansas Department of Finance and Administration (*hereinafter* "DFA") has a junior lien on the real and personal property of Defendant St. Francis CDC by virtue of a Certificate of Indebtedness against St. Francis CDC in the original amount of $10,694.18, with interest at 10% per annum, that was filed in the records of the St. Francis County Circuit Clerk & Recorder on October 10, 2025. DFA's lien on the subject real property is subsequent and subordinate to the first mortgage lien of USA and the second and third mortgage liens of ADFA. DFA's lien is subsequent and subordinate to USA's first lien security interest in the personal property of St. Francis CDC. Plaintiff USA, acting by and through the U.S. Small Business Administration, holds a junior security interest lien on the personal property of St. Francis CDC perfected by the filing of a financing statement on November 21, 2025, that secures a debt in the original amount of $150,000.00.

6

11. Upon the sale of the real and personal property described in paragraphs 2 and 3 above, all right, title, claim, interest and estate, and all rights of redemption, appraisement and homestead, of the defendants, and each of them, in and to the property, and every part thereof, shall be foreclosed and forever barred, except the restrictive covenants described in paragraph 12 below and except as expressly preserved for ADFA in this Judgment.

12. The above-described real property shall be sold subject to and without disturbing the following-described restrictive covenants granted by St. Francis CDC to ADFA, which shall survive the foreclosure sale and bind the purchaser and the purchaser's successors and assigns: (1) Restrictive Covenant filed in the records of the Circuit Clerk & Recorder of St. Francis County, Arkansas, on March 31, 2011, in Book 821 at page 945, and rerecorded on April 4, 2011, in Book 822 at page 59; and (2) Deed Restriction filed in the records of the St. Francis County, Arkansas, Circuit Clerk & Recorder on June 10, 2011, in Book 284 at page 100.

13. The purchaser at the sale shall be given possession upon demand, and Defendant St. Francis CDC shall surrender to the purchaser all keys to the buildings on the above-described real property. The Clerk of this Court is hereby authorized to issue writs of assistance to the U.S. Marshal, who will proceed to place the purchaser in possession of the property.

14. The proceeds from the sale, after payment of the expenses of sale, shall be first paid and distributed to the Plaintiff USA to the extent of the judgment herein awarded to Plaintiff; next, to Defendant ADFA to the extent of the debt owed to it under the HOME and ALIF loan documents; next, to Defendant DFA to the extent of the debt owed to it; and next, to the U.S. Small Business Administration to the extent of the debt owed to it. Any surplus remaining will be held by the U.S. Marshal subject to further orders of the Court.

15.    Jurisdiction of this case will be retained for the purpose of such further orders as may be necessary to effectuate this Judgment.

IT IS SO ORDERED this 24th day of July, 2026.

_____

U.S. District Judge
Eastern District of Arkansas

APPROVED:

_____
Richard M. Pence, Jr.
Assistant U.S. Attorney, Eastern District of Arkansas
Attorney for Plaintiff United States of America

_____
Christopher A. McNulty
Rose Law Firm
Attorney for Defendant Arkansas Development Finance Authority

/s/Kristen Wright
_____
Kristen Wright
Attorney for Defendant St. Francis County Community Development Corporation

/s/Taylor Vaughan
_____
Taylor Vaughan
Office of Revenue Legal Counsel
Arkansas Department of Finance & Administration
Attorney for Defendant Department of Finance & Administration